# Law Offices of Christie L. McEvoy-Derrico, P.C.

650 Halstead Avenue, Suite 105
Mamaroneck, NY 10543
Tel: (914) 698-2880   Fax: (914) 698-9156
E-mail:  cderrico@SoundShoreLaw.com

December 11, 2019

**VIA ELECTRONIC FILING**

Hon. Cathy Seibel, U.S.D.J
Charles L. Brieant United States Courthouse
Courtroom 621
300 Quarropas Street
White Plains, NY 10601

> The parties should have asked permission for an extension before the fact discovery cutoff ran on 11/22/19.  (Per the scheduling order, they can extend the deposition cutoff by agreement but only if it would not affect the fact discovery cutoff.)  It is alright with me, however, as long as all discovery (fact and expert) is complete by 1/22/20 and premotion letters are submitted as scheduled.  The Clerk shall terminate Doc. 13.
>
> SO ORDERED.
>
> */s/ Cathy Seibel*
> CATHY SEIBEL, U.S.D.J.
>
> 12/11/19

RE:   **Gowran et al v. State Farm**
         **7:19-CV-03456(CS)**

Dear Honorable Madam:

Please let this letter serve as an update on the status of discovery in the above referenced matter.

- All paper discovery is complete
- Depositions have been completed for plaintiff and one defense witness
- The deposition of defense witness, Corey Anthony, has been scheduled for December 17, 2019
- The deposition of defense witness, Ben Helmick, has not yet been scheduled
- The parties have engaged in ongoing settlement discussions.  A formal settlement conference has been scheduled for January 15, 2020, 1:00 PM.

The parties intend to be prepared for the February 7, 2020 court conference.

Very truly yours,

*Christie L. McEvoy-Derrico*

Christie L. McEvoy-Derrico

cc:  Laura Mulholland, Esq., Rivkin Radler

Case 7:19-cv-03456-CS   Document 13   Filed 12/11/19   Page 2 of 2